UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
____ OF LA

2007 FEB -2 P 2: 27

_____
BY DEPUTY CLERK

DEBRA VARNADO AND HER
CHILDREN, SYTANIAL VARNADO, JR.,
DOROTHY VARNADO AND
KENYADA VARNADO

CIVIL ACTION

VERSUS

NO. 06-787-B-M2

CASE CORPORATION AND
CRAWLER SUPPLY COMPANY, INC

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Remand[1] filed by plaintiffs, Debra Varnado and her children, Sytanial Varnado, Jr., Dorothy Varnado, and Kenyada Varnado, shall be DENIED and that the presence of the non-diverse defendant, Crawler Supply, Inc., shall be ignored for purposes of diversity jurisdiction.

Baton Rouge, Louisiana, February 2, 2007.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 6

Doc#44101